| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Governmen Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LEGG, BENSON E | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MARYLAND | 3. Date of Report<br><br>6/21/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>101 W. L MBARD STREET<br>S ITE 340<br>BALTIMORE, MARYLAND 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewi g Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | BALTIMORE ZOOLOGICAL SOCIETY, INC. |
| 2. | MEMBER, ADVISORY BOARD | NATIONAL AQUARIUM IN BALTIMORE, MD |
| 3. | UGMA TRUSTEE | CUSTODIAL ACC UNIS AT LEGG MASON WOOD WALKER, INC. BALTIMORE, MD |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUL 13 P 3: 31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRST USA | REVOLVING CREDIT CARD | K |
| 2. | MERCANTILE SAFE DEPOSIT AND TRUST CO. | PERSONAL LOAN | O |
| 3. | MERCANTILE SAFE DEPOSIT AND TRUST CO. | PERSONAL LOAN | O |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEGG, BENSON E | 6/21/2005 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. T. ROWE PRICE NEW HORIZON, BALTIMORE, MD | C | Dividend | K | T | | | | | |
| 2. LEGG MASON WOOD WALKER TAX EXEMPT TRUST, BALTIMORE, MD | A | Dividend | J | T | | | | | |
| 3. RIVER HOTEL, BALTIMORE, MD | | None | J | W | | | | | |
| 4. IRA LEGG MASON VALUE TRUST, BALTIMORE, MD | E | Dividend | N | T | | | | | |
| 5. IRA LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | D | Dividend | N | T | | | | | |
| 6. AMAZON.COM, INC | A | Dividend | K | T | | | | | |
| 7. IRA, AMAZON.COM, INC. | A | Dividend | K | T | | | | | |
| 8. IRA SITEL CORP. | A | Dividend | J | T | | | | | |
| 9. IRA, LEGG MASON VALUE TRUST, BALTIMORE, MD | D | Dividend | M | T | | | | | |
| 10. IRA, LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | C | Dividend | O | T | | | | | |
| 11. PARKER & PARSLEY DEVELOPMENT PARTNERS, LP | A | Dividend | J | T | | | | | |
| 12. HCW DRILLING PARTNERSHIP UNITS 1980-1, UNPRICED SECURITY | | None | J | W | | | | | |
| 13. HCW DRILLING PARTNERSHIP UNITS 1979-1, UNPRICED SECURITY | | None | J | W | | | | | |
| 14. LEGG MASON PROFIT SHARING & 401K PLANS, LM SPECIAL INV. TRST | D | Dividend | N | T | | | | | |
| 15. LEGG MASON PROFIT SHARING & 401K, LEGG MASON VALUE TRUST | | | | | | | | | |
| 16. KOGER PARTNERSHIP, LTD | | None | J | W | | | | | |
| 17. LEGG MASON OPPORTUNITY TRUST, BALTIMORE, MD | C | Dividend | N | T | | | | | |
| 18. CELL GENESYS.COM | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEGG, BENSON E | 6/21/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. QUALCOMM, INC. | | None | K | T | | | | | |
| 20. LEGG MASON, INC. | | None | PI | T | | | | | |
| 21. LEGG MASON VALUE TRUST | C | Dividend | N | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)   U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report)

PART VI:

ON MAY 7, 2004, MERCANTILE SAFE DEPOSIT AND TRUST CO. MADE A UNSECURED LOAN TO BENSON E. LEGG AND KYLE P. LEGG.

ON OCTOBER 4, 2004, MERCANTILE SAFE DEPOSIT AND TRUST CO.  MADE A UNSECURED LOAN TO BENSON E. LEGG AND KYLE P. LEGG.

PART VII:

LINE 2, LEGG MASON TAX EXEMPT TRUST IS A MONEY MARKET ACCOUNT. THE VALUE OF WHICH FLUCTUATES AS AMOUNTS ARE USED TO PURCHASE SECURITIES.

LINE 3, RIVER HOTEL PARTNERSHIP. ACCORDING TO DEUTSCHE BANC ALEX BROWN OUR INTEREST IN THIS PARTNERSHIP HAS A GROSS VALUE OF ZERO AS OF DECEMBER 31, 2004. THE INTEREST FROM CERTAIN BANK ACCOUNTS WAS ALLOCATED TO OUR ACCOUNTS.

LINE 14.  AS REPORTED IN EARLIER REPORTS, THE VALUE IN PART C(1) INCLUDES BOTH 401K AND PROFIT SHARING PARTS OF THE PROGRAM.

IN PREVIOUS REPORTS, AND IN PARTICULAR MY 2003 REPORT (LINE 15 OF SECTION VII). THE FOLLOW ING IS STATED:   LEGG MASON SPECIAL INVESTMENT TRUST & NAVIGATOR VALUE TRUST. THIS ITEM REFERS TO THE NAMES OF THE FUNDS INVESTED IN THE LEGG MASON PROFIT SHARING & 401K ACCOUNT  (LINE 14) AND SHOULD NOT HAVE BEEN LISTED AS A SEPARATE ITEM. LEGG MASON NAVIGATOR VALUE TRUST IS NOW KNOWN AS LEGG MASON VALUE TRUST.

LINE 15 IS A CONTINUATION OF LINE 14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date ⎽⎽⎽⎽⎽July 11, 2005⎽⎽⎽⎽⎽

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544